In the Matter of the Application of George L. Tullock, Appellant, for an Order Directing Joseph A. Shay, an Attorney, Respondent, to Pay over

Certain Moneys.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, Laughlin, Scott, Dowling and Hotchkiss, JJ.